# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal No. 21-79 |
| ) | |
| SUSAN GILBERT et. al., ) | |
| ) | |
| Defendants. ) | |

**HEARING ON** – Final Pre Trial Conference

Before Judge Robert J. Colville

Karen Gal-Or, AUSA                Jonathan Meltz, Esquire
Nicole A. Stockey, AUSA           J. Kirk Ogrosky, Esquire
Jacqueline Brown, AUSA            James Gatta, Esquire
Aaron McKendry, AUSA              Tierney Smith, Esquire
                                  Paul E. Pelletier, Esquire
                                  Beth Moskow-Schnoll, Esquire
                                  Matthew Kussmaul, Esquire
                                  Catherine Recker, Esquire
                                  Colin J. Callahan, Esquire

Appear for U.S.A.                 Appear for Defendants

Hearing begun  11/6/23 at 1:08 p.m.    Hearing adjourned to _____

Hearing concluded  11/6/23 at 3:08 p.m.    Stenographer: B. Loch
                                           Clerk: C.Orendi

**WITNESSES:**

         For U.S.A.                      For Defendant

The Court convenes a Final Pre Trial-Conference to discuss upcoming jury trial set to begin 11/14/23. Court and Counsel discuss Voir Dire, Jury Instructions and General Trial Issues. Court and Counsel discuss Motions filed on the docket; Motion at ECF [272] and [276] were granted and all others are taken under advisement; All as further stated on the record.